IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS CHAPTER NECA-IBEW
RETIREMENT TRUST FUND                                                                    PLAINTIFF

VS.                               4:15-CV-00081-BRW

DONNA BEARDEN, *et al.*                                                                   DEFENDANTS

### ORDER

Plaintiff's unopposed Motion for Attorney's Fees (Doc. No. 24) and Defendants' Joint Motion for Settlement and Disbursement of Funds (Doc. No. 29) are GRANTED. Accordingly, this CASE is DISMISSED with prejudice, subject to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

Previously, Plaintiff deposited the disputed funds ($224,061.83) with the Clerk of the Court. Based on the settlement, the Clerk of the Court is directed to forthwith distribute the funds as follows:

1. Arkansas Chapter NECA-IBEW Retirement Trust Fund = $4,905.82.

2. Addie Culver = $30,000

3. Donna Bearden = $189,156.96.[1]

IT IS SO ORDERED, this 12th day of May, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Check to be made payable to Donna Bearden and her attorneys Chris Averitt and Thomas Fowler, Jr. Based on correspondence from the parties, the interest earned on the funds, which was 0.95 on the date of this order, was added to Ms. Bearden's amount.